

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-12-00857-CR

Charles D. **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5580B
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 4, 2013.

_____
Karen Angelini, Justice